1  RUBEN LIMONJYAN, SBN 305307
   rlimonjyan@lawgroupla.com
2  ZARA ARAKELYAN, SBN 297677
   zarakelyan@lawgroupla.com
3  ROBERT MEEHAN, SBN 356701
   rmeehan@lawgroupla.com
4  LIMONJYAN LAW GROUP, APC
   655 N. Central Avenue, Suite 2210
5  Glendale, CA  91203
   Telephone:     213-277-7444
6  Facsimile:     213-866-9636

7  Attorneys for Plaintiff
   ROSARIO SOTO
8

9  ANTHONY J. DECRISTOFORO, SBN 166171
   anthony.decristoforo@ogletree.com
10 SPENCER S. TURPEN, SBN 296483
   spencer.turpen@ogletree.com
11 OGLETREE, DEAKINS, NASH, SMOAK &
   STEWART, P.C.
12 400 Capitol Mall, Suite 2800
   Sacramento, CA  95814
13 Telephone:    916-840-3150
   Facsimile:    916-840-3159
14
   Attorneys for Defendant
15 ARTHUR J. GALLAGHER SERVICE
   COMPANY
16

17
                    **UNITED STATES DISTRICT COURT**
18
                     **EASTERN DISTRICT OF CALIFORNIA**
19

| 20  ROSARIO SOTO, an individual, | Case No. 2:24-cv-03055-WBS-CSK |
|---|---|
| 21         Plaintiff, | **MODIFIED ORDER RE: JOINT STIPULATION TO REQUEST MODIFICATION TO STATUS (PRETRIAL SCHEDULING) ORDER** |
| 22     vs. | |
| 23  ARTHUR J. GALLAGHER SERVICE COMPANY, a Delaware Corporation, and DOES 1 through 20, Inclusive, | |
| 24 | Action Filed:     September 17, 2024 |
|    | Removal Filed:   November 1, 2024 |
| 25 | Trial Date:         June 9, 2026 |
| 26         Defendant. | |

27
28

1     Pursuant to the Court's Status (Pretrial Scheduling) Order, Plaintiff ROSARIO SOTO ("Plaintiff") and Defendant ARTHUR J. GALLAGHER SERVICE COMPANY ("Defendant") (collectively "Parties"), by and through their respective counsel, hereby agree and stipulate, and make the following request to modify the Court's Status (Pretrial Scheduling) Order:

**WHEREAS** on April 1, 2025, the Court issued the Status (Pretrial Scheduling) Order (Document 12);

**WHEREAS** pursuant to the Court's Status (Pretrial Scheduling) Order, the Parties shall disclose experts and produce reports in accordance with Federal Rule of Civil Procedure 26(a)(2) no later than October 6, 2025;

**WHEREAS** pursuant to the Court's Status (Pretrial Scheduling) Order, expert testimony intended solely for rebuttal shall be disclosed and reports produced in accordance with Federal Rule of Civil Procedure 26(a)(2) on or before November 3, 2025;

**WHEREAS** pursuant to the Court's Status (Pretrial Scheduling) Order, all discovery, including depositions for preservation of testimony, must be completed by December 1, 2025;

**WHEREAS** pursuant to the Court's Status (Pretrial Scheduling) Order, the Parties may request a modification to the dates or terms of the Court's Status (Pretrial Scheduling) Order;

**WHEREAS** under Federal Rule of Civil Procedure 16(b)(4), a pre-trial schedule "may be modified only for good cause and with the judge's consent." Good cause requires a showing of diligence. *Johnson v. Mammoth Recreations, Inc.*, 975 F.2d 604, 609 (9th Cir. 1992);

**WHEREAS** the Parties have diligently and cooperatively participated in discovery, including exchanging initial disclosures, propounding and responding to written discovery requests, exchanging documents, and conducting the first day of Plaintiff's deposition;

**WHEREAS** the Parties intend to complete the deposition of Plaintiff and other fact witnesses in October and November, 2025;

**WHEREAS** despite this diligent exchange of information in discovery, the Parties believe they need to complete the remaining depositions and other discovery to adequately determine the need for expert testimony in this case;

///

**WHEREAS** the Parties believe extending the deadline for disclosing experts and producing reports, disclosing rebuttal experts and producing rebuttal reports, and deposing experts until after the close of fact discovery would allow for a more deliberate and informed decision about experts;

**WHEREAS** the Parties are not asking the Court to modify any other dates in the Status (Pretrial Scheduling) Order;

**WHEREAS** the Parties have met and conferred, and agreed and hereby stipulate to request the following modification to the Court's Status (Pretrial Scheduling) Order:

1. The Parties shall disclose experts and produce reports in accordance with Federal Rule of Civil Procedure 26(a)(2) by no later than January 6, 2026;

2. Expert testimony intended solely for rebuttal shall be disclosed and reports produced in accordance with Federal Rule of Civil Procedure 26(a)(2) on or before February 5, 2026;

3. The Parties shall complete depositions of experts on or before March 6, 2026.

**IT IS SO STIPULATED.**

DATED: October 2, 2025            LIMONJYAN LAW GROUP, APC


By: /s/ Robert Meehan *(as authorized on 10/2/25)*
    Ruben Limonjyan
    Zara Arakelyan
    Robert Meehan

Attorneys for Plaintiff ROSARIO SOTO

DATED: October 2, 2025            OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.


By: /s/ Spencer S. Turpen
    Anthony J. DeCristoforo
    Spencer S. Turpen

Attorneys for Defendant
ARTHUR J. GALLAGHER SERVICE COMPANY

**MODIFIED ORDER**

**THIS COURT**, having read and considered the Joint Stipulation to Request Modification to the Status (pretrial Scheduling) Order by, between and among Plaintiff ROSARIO SOTO ("Plaintiff") and Defendant ARTHUR J. GALLAGHER SERVICE COMPANY ("Defendant") and finding good cause therefor, orders as follows:

1. The Parties shall disclose experts and produce reports in accordance with Federal Rule of Civil Procedure 26(a)(2) by no later than **January 6, 2026**;

2. Expert testimony intended solely for rebuttal shall be disclosed and reports produced in accordance with Federal Rule of Civil Procedure 26(a)(2) on or before **February 5, 2026**;

3. The Parties shall complete depositions of experts on or before **March 6, 2026**.

4. The Parties are not asking the Court to modify any other dates in the Status (Pretrial Scheduling) Order. Therefore, the January 26, 2026 motions deadline; April 6, 2026 Final Pretrial Conference; and June 9, 2026 trial date remain in place. *See* 4/1/2025 Pretrial Scheduling Order (ECF No. 12).

**IT IS SO ORDERED.**

Dated: October 7, 2025

_____
CHI SOO KIM
UNITED STATES MAGISTRATE JUDGE

4, soto3055.24