Ruben Limonjyan, Esq. (SBN 305307)
rlimonjyan@lawgroupla.com
Zara Arakelyan, Esq. (SBN 297677)
zarakelyan@lawgroupla.com
Robert Meehan, Esq. (SBN 356701)
rmeehan@lawgroupla.com
**LIMONJYAN LAW GROUP, APC**
655 N. Central Ave, Suite 2210
Glendale, CA 91203
Tel: (213) 277-7444
Fax: (213) 866-9636

Attorneys for Plaintiff,
ROSARIO SOTO

Anthony J. Decristoforo (SBN 166171)
anthony.decristoforo@ogletree.com
Spencer S. Turpen (SBN 296483)
spencer.turpen@ogletree.com
**OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.**
400 Capitol Mall, Suite 2800
Sacramento, CA  95814
Telephone:  916-840-3150
Facsimile:   916-840-3159

Attorneys for Defendant
ARTHUR J. GALLAGHER SERVICE COMPANY

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSARIO SOTO, an individual, | Case No. 2:24-CV-03055-WBS-CSK |
| Plaintiff, | |
| v. | **JOINT STIPULATION TO REQUEST MODIFICATION TO STATUS (PRETRIAL SCHEDULING) ORDER** |
| ARTHUR J. GALLAGHER SERVICE COMPANY, a Delaware Corporation, and DOES 1 through 20, Inclusive, | **Complaint Filed:** September 17, 2024<br>**Trial:** June 9, 2026 |
| Defendants. | |

-1-

**JOINT STIPULATION TO REQUEST MODIFICATION TO STATUS (PRETRIAL SCHEDULING) ORDER**

Pursuant to the Court's Status (Pretrial Scheduling) Order, Plaintiff ROSARIO SOTO ("Plaintiff") and Defendant ARTHUR J. GALLAGHER SERVICE COMPANY ("Defendant") (collectively "Parties"), by and through their respective counsel, hereby agree and stipulate, and make the following request to modify the Court's existing order as follows:

**WHEREAS**, April 1, 2025, the Court issued the Status (Pretrial Scheduling) Order, which provided, in relevant part, that:

1. All discovery, including depositions for preservation of testimony, shall be completed by December 1, 2025, and all motions to compel discovery must be noticed and heard by that date;
2. Motion filing deadline: January 26, 2026;
3. Final Pretrial Conference: April 6, 2026;
4. Trial: June 9, 2026;

**WHEREAS**, on October 7, 2025, the Court granted the Parties' stipulation extending the expert disclosure deadlines as follows:

1. The Parties shall disclose experts and produce reports in accordance with Federal Rule of Civil Procedure 26(a)(2) by no later than January 6, 2026;
2. Expert testimony intended solely for rebuttal shall be disclosed and reports produced in accordance with Federal Rule of Civil Procedure 26(a)(2) on or before February 5, 2026; and
3. The Parties shall complete depositions of experts on or before March 6, 2026;

**WHEREAS**, the Parties have diligently participated in discovery, including exchanging written discovery, producing documents, and conducting the first day of Plaintiff's deposition;

**WHEREAS**, the second day of Plaintiff's deposition was noticed and confirmed by the Parties for November 3, 2025, and the depositions of several of Defendant's current and former employees have been noticed for dates in November 2025;

**WHEREAS**, on November 2, 2025, counsel for the Parties learned that Plaintiff

**JOINT STIPULATION TO REQUEST MODIFICATION TO STATUS (PRETRIAL SCHEDULING) ORDER**

had sustained an unexpected health-related problem that prevented her from sitting for her deposition on November 3, 2025, causing her deposition to be postponed;

**WHEREAS,** the Parties anticipate that Plaintiff's deposition will be rescheduled and completed by December 15;

**WHEREAS**, the Parties agree that depositions should proceed in the same sequence as currently noticed, with Plaintiff's deposition to be completed prior to the depositions of Defendant's witnesses;

**WHEREAS,** under Federal Rule of Civil Procedure 16(b)(4), a pre-trial schedule "may be modified only for good cause and with the judge's consent." Good cause requires a showing of diligence. *Johnson v. Mammoth Recreations, Inc*., 975 F.2d 604, 609 (9th Cir. 1992);

**WHEREAS**, the Parties have met and conferred and agree that good cause exists under Federal Rule of Civil Procedure 16(b)(4) to extend the deadline to complete the currently-noticed depositions and other remaining deadlines in the Scheduling Order ;

**WHEREAS**, this request is made in good faith, not for purposes of delay, and will not prejudice any Party;

**WHEREAS,** the Parties have met and conferred, and agreed and hereby stipulate to request the following modification to the Court's Status (Pretrial Scheduling) Order:

1. All currently noticed depositions, including depositions for preservation of testimony, shall be conducted so as to be completed by January 30, 2026. All motions to compel discovery relating to currently noticed depositions shall be noticed and heard by that date. The Parties do not intend to extend the deadline to complete discovery other than currently noticed depositions.

2. The Parties shall disclose experts and produce reports in accordance with Federal Rule of Civil Procedure 26(a)(2) by no later than March 6, 2026;

3. Expert testimony intended solely for rebuttal shall be disclosed and reports produced in accordance with Federal Rule of Civil Procedure 26(a)(2) on or before April 6, 2026;

1    4.  The Parties shall complete depositions of experts on or before May 6, 2026;

2    5.  All dispositive motions shall be filed on or before February 27, 2026;

3    6.  The Final Pretrial Conference shall be continued to June 15, 2026, at 1:30
4  p.m., or the next date convenient for the Court;

5    7.  The Jury Trial to be continued until August 11, 2026.

7  **IT IS SO STIPULATED.**

9  Dated: November 5, 2025                    **LIMONJYAN LAW GROUP, APC**

12                                             By:   /s/ Robert Meehan
                                                    Ruben Limonjyan, Esq.
13                                                  Zara Arakelyan, Esq.
                                                    Robert Meehan, Esq.
14                                                  Attorneys for Plaintiff,
15                                                   ROSARIO SOTO

18  Dated: November 5, 2025                    **OGLETREE, DEAKINS, NASH,**
19                                              **SMOAK & STEWART, P.C.**

22                                             By:   /s/ Anthony J. DeCristoforo
                                                    Anthony J. DeCristoforo, Esq.
23                                                  Spencer S. Turpen, Esq.
24                                                  Attorneys for Defendant,
25                                                  ARTHUR J. GALLAGHER SERVICE
                                                    COMPANY



-4-

**JOINT STIPULATION TO REQUEST MODIFICATION TO STATUS (PRETRIAL SCHEDULING) ORDER**

# ORDER

**THIS COURT**, having read and considered the Joint Stipulation to Request Modification to the Status (pretrial Scheduling) Order by, between and among Plaintiff ROSARIO SOTO ("Plaintiff") and Defendant ARTHUR J. GALLAGHER SERVICE COMPANY ("Defendant") (collectively "Parties"), and finding good cause therefor, orders as follows:

1. All currently noticed depositions, including depositions for preservation of testimony, shall be conducted so as to be completed by **January 30, 2026**. All motions to compel discovery related to currently noticed depositions shall be noticed and heard by that date. This Order does not extend the deadline to complete discovery other than currently noticed depositions.
2. The Parties shall disclose experts and produce reports in accordance with Federal Rule of Civil Procedure 26(a)(2) by no later than **March 6, 2026**;
3. Expert testimony intended solely for rebuttal shall be disclosed and reports produced in accordance with Federal Rule of Civil Procedure 26(a)(2) on or before **April 6, 2026**;
4. The Parties shall complete depositions of experts on or before **May 6, 2026**;
5. All dispositive motions shall be filed on or before **February 27, 2026**;
6. The Final Pretrial Conference shall be continued to **June 15, 2026, 1:30 p.m.**;
7. The Jury Trial to be continued until **August 11, 2026, at 9:00 a.m.**

**IT IS SO ORDERED.**

Dated: November 6, 2025

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE



**JOINT STIPULATION TO REQUEST MODIFICATION TO STATUS (PRETRIAL SCHEDULING) ORDER**