RUBEN LIMONJYAN, SBN 305307
rlimonjyan@lawgroupla.com
ZARA ARAKELYAN, SBN 297677
zarakelyan@lawgroupla.com
ROBERT MEEHAN, SBN 356701
rmeehan@lawgroupla.com
LIMONJYAN LAW GROUP, APC
655 N. Central Avenue, Suite 2210
Glendale, CA 91203
Telephone: 213-277-7444
Facsimile: 213-866-9636

Attorneys for Plaintiff
ROSARIO SOTO

ANTHONY J. DECRISTOFORO, SBN 166171
anthony.decristoforo@ogletree.com
ALYSSA C. MALINOSKI, SBN 322794
alyssa.malinoski@ogletree.com
OGLETREE, DEAKINS,
NASH, SMOAK & STEWART, P.C.
400 Capitol Mall, Suite 2800
Sacramento, CA 95814
Telephone: 916-840-3150
Facsimile: 916-840-3159

Attorneys for Defendant
ARTHUR J. GALLAGHER SERVICE
COMPANY

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

ROSARIO SOTO, an individual

   Plaintiff,

  vs.

ARTHUR J. GALLAGHER SERVICE
COMPANY, a Delaware Corporation, and
DOES 1 through 20, Inclusive

   Defendants.

Case No. 2:24-cv-03055-WBS-CSK

**STIPULATION OF DISMISSAL; ORDER**

1

STIPULATION OF DISMISSAL; ORDER

**TO THE COURT AND ALL PARTIES OF RECORD:**

Plaintiff ROSARIO SOTO, by and through her counsel of record, and Defendant ARTHUR J. GALLAGHER SERVICE COMPANY, by and through its counsel of record, hereby stipulate under Federal Rule of Civil Procedure 41(a)(1)(A)(ii) that this action be dismissed with prejudice as to all claims, causes of action, and parties, each party to bear ns own fees and costs.

**IT IS SO STIPULATED.**

Dated: January 28, 2026                    **LIMONJYAN LAW GROUP, APC**


By: /s/ *Ruben Limonjyan*
    Ruben Limonjyan
    Zara Arakelyan
    Robert Meehan

    Attorneys for Plaintiff,
    ROSARIO SOTO


Dated: January 28, 2026                    **OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.**


By: /s/ *Alyssa C. Malinoski*
    Anthony J. DeCristoforo
    Alyssa C. Malinoski

    Attorneys for Defendant,
    ARTHUR J. GALLAGHER
    SERVICE COMPANY

STIPULATION OF DISMISSAL; ORDER

## **ORDER**

The Court having read and considered the foregoing request and stipulation, and with good cause appearing, this action is dismissed with prejudice as to all claims, causes of action, and parties pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii), each party to bear ns own fees and costs. .

The Clerk of the Court is directed to close this case.

**IT IS SO ORDERED.**

Dated:  January 28, 2026

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

STIPULATION OF DISMISSAL; ORDER

95166595.v1-OGLETREE